## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Redflex Traffic Systems, Inc., | Civil No. 05-2702 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Netword Electric, Inc., Collins Electrical Systems, Inc., d/b/a Collisys, XYZ Corporation, | |
| Defendants, | |
| and | |
| Collins Electrical Systems, Inc., d/b/a Collisys, | |
| Counterclaimant and Third-Party Plaintiff, | |
| v. | |
| City of Minneapolis, | |
| Third-Party Defendant. | |

The parties are directed to file responses to the City's position, as set forth in the recently filed Reply Memorandum that "Diversity Jurisdiction Does Not Exist and This Court Cannot Hear This Case." Said responses shall be served and filed by April 20th, and the City may reply thereto by April 27th. The April 14th hearing is **CANCELED** and a new hearing date will be established after the Court has reviewed these submissions.

Dated: April 12, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge